IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                NO.  4:01CR00212-012  SWW

DONNELL JACKSON

### ORDER

The above entitled cause came on for hearing July 7, 2011 on the government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. The Court finds that the government's motions should be dismissed without prejudice. However, the Court has determined that defendant's conditions of supervised release should be modified.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

**1. Defendant shall serve a period of SIX (6) MONTHS in a residential re-entry center under the guidance and direction of the U. S. Probation Office.**

**2. Defendant shall maintain or be actively seeking employment.**

**3. Defendant shall participate in AA or NA under the guidance and supervision of the U. S. Probation Office.**

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

IT IS FURTHER ORDERED that the government's petitions to revoke defendant's supervised release [docs #1089, 1099, 1103, 1105, 1106] are **dismissed** without prejudice.

IT IS SO ORDERED this 7th day of July 2011.

/s/Susan Webber Wright
United States District Judge